# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| CYNTHIA M. FRANKLIN, individually, and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Cause No. 4:18-CV-00099-BP ) |
| LEXINGTON INSURANCE COMPANY, | ) ) |
| Defendant. | ) |

## CLERK'S ORDER OF DISMISSAL

On the 6th day of February, 2018, the Plaintiff herein having filed a Notice of Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint is hereby dismissed without prejudice.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Kelly McIlvain**
Deputy Clerk

Date: 2/9/2018